**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THE MATTER OF ALL CIVIL ACTIONS | )  Cause No. 1:13-mc-120-RLY |
| IN WHICH THE UNITED STATES IS A PARTY | ) |
| PENDING IN THE SOUTHERN DISTRICT | ) |
| OF INDIANA | ) |

## ORDER

This matter is before the Court on the motion of the United States to docket the Order

Regarding Civil Cases in which the United States, its Agencies, Officers and Employees are

Parties, issued by this Court on October 7, 2013, in certain cases in which the United States, it

agencies, officers or employees have been named, but counsel for the United States has not yet

appeared.

Whereupon the Court, having considered the motion and being duly advised now finds

that the motion should be, and hereby is GRANTED.

IT IS THEREFORE ORDERED THAT the Order Regarding Civil Cases in which the

United States, its Agencies, Officers and Employees are Parties will be docketed in each of the

cases identified in Exhibit A to this Order.

IT IS SO ORDERED.

Dated: _____

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana

**Cases in Which to Docket Order Staying Civil Litigation**

| Cause No. | Case Caption |
| --- | --- |
| 2:11-cv-329-WTL-WGH | Stokes v. Lockett |
| 1:13-cv-0561-WTL-TAB | Palmer v. Brown |
| 2:11-cv-258-WTL-WGH | KADAMOVAS v. LOCKETT |
| 2:13-cv-252-WTL-WGH | DELACRUZ v. REGIONAL DIRECTOR |
| 2:13-cv-250-WTL-DKL | Larry Cochran v. D. Decker, et al. |
| 2:13-cv-00120-JMS-WGH | Fernando Bustillo v. Harvey |
| 1:13-cv-01330-JMS-TAB | WHITE v. HAGEL |
| 1:13-cv-406-SEB-MJD | Sutton v. US |
| 1:13-cv-1403-WTL-DML | Tommy L. Tweedy (dec'd.) v. Colvin |
| 1:13-cv-1364-TWP-DML | William Rutherford v. Colvin |
| 1:13-cv-1412-SEB-MJD | L.B. Motley v. Colvin |
| 1-13-cv-1426-WTL-MJD | Brent A. Jarvis v. Colvin |
| 1:13-cv-1404-JMS-TAB | Nathaniel Hopkins, III v. Colvin |
| 4:4:13-cv-4:139-TWP-DML | William Dean Hensley v. Colvin |
| 4:4:13-cv-4:132-TWP-TAB | Kevin Eckert v. Colvin |
| 2:13-cv-323-JMS-MJD | Rita A. McCann v. Colvin |
| 1:13-cv-1444-TWP-TAB | Norman K. Latimer v. Colvin |
| 1:13-cv-1368-SEB-TAB | Sharon M. Cole v. Colvin |
| 2:13-cv-307-WTL-WGH | Larry W. Roznowski v. Colvin |
| 1:13-cv-1273-TWP-TAB | Katherine R. Wimmer v. Colvin |
| 4:4:13-cv-123-RLY-DML | Michael Ray Williams v. Colvin |
| 1:13-cv-1228-LJM-MJD | Delta J. Watts v. Colvin |
| 4:4:13-cv-127-SEB-WGH | Chauncey A. Todd v. Colvin |
| 1:13-cv-1:1350-WTL-TAB | Larry Stephenson v. Colvin |
| 1:13-cv-1272-WTL-DKL | Larry Smith v. Colvin |
| 1:13-cv-760-LJM-MJD | Brandy K. Samuel v. Colvin |
| 1:13-cv-1232-RLY-MJD | Sharon D. Risby v. Colvin |
| 1:13-cv-1290-RLY-TAB | Lorena Peace v. Colvin |
| 1:13-cv-1:1373-RLY-DKL | Celia Jarvis v. Colvin |
| 1:13-cv-1291-WTL-DKL | Jamie A. Griffith v. Colvin |
| 1:13-cv-932-TWP-DML | Diane Fairfield v. Colvin |
| 1:13-cv-928-LJM-MJD | Rochelle L. Duke v. Colvin |
| 1:13-cv-1:1325-JMS-DML | Amy J. Day v. Colvin |
| 1:13-cv-1241-SEB-MJD | Ivan A. Willoughby v. Colvin |
| 1:13-cv-1239-JMS-MJD | Timothy R. Shelley v. Colvin |
| 1:13-cv-1240-WTL-MJD | Alicia Hernandez v. Colvin |
| 1:13-cv-1262-TWP-MJD | John Gaddis v. Colvin |

| 1:13-cv-1259-JMS-TAB | John Feldhake v. Colvin |
|---|---|
| 1:13-cv-1261-WTL-DML | Richard Booker v. Colvin |
| 1:13-cv-1258-SEB-TAB | Beth Bloxsom v. Colvin |
| 1:13-cv-1017-SEB-DKL | Derrick W. Morris v. Colvin |
| 1:13-cv-1173-SEB-TAB | Terry D. Ledbetter v. Colvin |
| 1:13-cv-1188-TWP-MJD | Kathy Anne Kleiman v. Colvin |
| 4:13-cv-106-RLY-TAB | Mattie Jean Hicks v. Colvin |
| 1:13-cv-1195-TWP-DML | Kelli Grigsby v. Colvin |
| 1:13-cv-11:138-SEB-DML | Jerome Gearlds v. Colvin |
| 4:13-cv-999-RLY-WGH | Charles Wilburn Colegrove v. Colvin |
| 1:13-cv-1252-RLY-TAB | Hockett v. United States |

Exhibit A