**THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

---

**OFFICIAL BUSINESS**



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 000.66⁰
0003190095     OCT 08 2013
MAILED FROM ZIP CODE 46204

WTL

( 2:12-cv- 206 )
DONALD HAFF HALLOCK
98895-131

FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

**RETURN TO SENDER**
NOT AT THIS INSTITUTION _____X_____
NEED CORRECT NAME AND NUMBER_____
NOT ACCEPTABLE_____

RECEIVED
OCT 11 2013
U.S. CLERKS OFFICE
INDIANAPOLIS, INDIANA

SCANNED