# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

IN RE:                                                    )
                                                          )
THE MATTER OF ALL CIVIL ACTIONS          ) Cause No. 1:13-mc-120-RLY
IN WHICH THE UNITED STATES IS A PARTY    )
PENDING IN THE SOUTHERN DISTRICT         )
OF INDIANA                               )

## MOTION TO LIFT STAY OF CIVIL PROCEEDINGS IN WHICH THE UNITED STATES, ITS AGENCIES, OR OFFICERS ARE A PARTY

The United States, by counsel, Joseph H. Hogsett, United States Attorney, by Jill Z. Julian, Assistant United States Attorney, respectfully moves this Court to lift the stay as to civil cases in which the United States, its agencies, officers, or employees are a party. In support of this motion, the United States states:

1.      The lapse in appropriations that commenced at the end of the day on September 30, 2013, has been resolved, resulting in appropriations to the Department of Justice, and other Executive agencies. The furloughs of Department of Justice employees, including Assistant United States Attorneys, responsible for representing the interests of the United States in civil litigation have ended. Likewise furloughs of personnel from other Executive agencies that are named as parties, or whose interests are represented in civil litigation, have ended.

2.      The stay of civil litigation in which the United States is a party, previously imposed by this Court as necessary and appropriate under the circumstances, and in the interests of justice, is no longer warranted given the resolution of the lapse in appropriations by Congress.

Wherefore, the United States, respectfully requests that the Court lift the stay of civil litigation in which the United States, its agencies, officers and employees are parties imposed by this Court's Order of October 7, 2013; and unless otherwise ordered by a judge of this Court or a bankruptcy judge in a particular case, any deadlines in a case, including bankruptcy cases, impacted by this Court's Order of October 7, 2013, imposed by order of a judicial officer of this Court, by a bankruptcy judge, by the Federal Rules of Civil Procedure, or by the Federal Rules of Bankruptcy Procedure, and in effect as of October 1, 2013, be extended by 16 calendar days from the deadline.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY


By:    s/ Jill Z. Julian
       Jill Z. Julian
       Assistant United States Attorney