**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

IN RE:                                                          )
                                                               )
THE MATTER OF ALL CIVIL ACTIONS         )          Cause No. 1:13-mc-120-RLY
IN WHICH THE UNITED STATES IS A PARTY   )
PENDING IN THE SOUTHERN DISTRICT        )
OF INDIANA                              )

**ORDER LIFTING STAY OF CIVIL LITIGATION IN WHICH THE UNITED STATES IS PARTY**

This matter is before the Court on the motion of the United States to lift the stay of civil litigation, previously imposed by this Court on October 7, 2013, in cases before this Court, including bankruptcy cases in which the United States, its agencies, officers or employees (the "United States") are parties.

Whereupon the Court, having considered the motion and being duly advised now finds that:

1.      The lapse in appropriations that commenced at the end of the day on September 30, 2013, has been resolved, resulting in appropriations to the Department of Justice, and other Executive agencies.   The furloughs of Department of Justice employees, including Assistant United States Attorneys, responsible for representing the interests of the United States in civil litigation have ended.   Likewise furloughs of personnel from other Executive agencies that are named as parties, or whose interests are represented in civil litigation, have ended.

2.      The stay of civil litigation in which the United States is a party, previously imposed by this Court as necessary and appropriate under the circumstances, and in the interests of justice, is no longer warranted given the resolution of the lapse in appropriations by Congress.

IT IS THEREFORE ORDERED that:

1.      The STAY of civil litigation in which the United States, its agencies, officers and employees are parties imposed by this Court's Order of October 7, 2013, is LIFTED.

2.      Unless otherwise ordered by a judge of this Court or a bankruptcy judge in a particular case, any deadlines in a case, including bankruptcy cases, impacted by this Court's Order of October 7, 2013, imposed by order of a judicial officer of this Court, by a bankruptcy judge, by the Federal Rules of Civil Procedure, or by the Federal Rules of Bankruptcy Procedure, and in effect as of October 1, 2013, are hereby extended by 16 calendar days from the deadline. Any party may seek relief from this general Order extending time by motion in a particular case.

IT IS SO ORDERED.


Dated: _____          _____
                                         Richard L. Young, Chief Judge
                                         United States District Court
                                         Southern District of Indiana

2