UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 OCT 21 PM 2: 50
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

KEITH W. PALMER,                    )        CAUSE NOS.
                                    )
                  Plaintiff         )        1:13-cv-0561-WTL-TAB
                                    )        1:13-mc-120-RLY
         vs.                        )
                                    )
CHARLIE BROWN et al.,               )
                                    )
                  Defendants        )
                                    )

## REQUEST FOR CLARIFICATION REGARDING DEADLINE BY WHICH PLAINTIFF MUST RESPOND TO DEFENDANT PAUL TOMS'S MOTION TO DISMISS

Plaintiff Keith Palmer, having received and studied Motion To Dismiss Of Defendant Paul Toms, and having also received and studied Court's Orders Regarding Civil Cases in which the United States, it Agencies, Officers and Employees are Parties, respectfully requests clarification regarding the deadline by which Plaintiff must reply to Defendant Paul Toms's motion.

Respectfully submitted,

Keith Palmer

October 21, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, a copy of the foregoing Motion for Clarification Regarding Deadline by Which Plaintiff Must Respond to Defendant Paul Toms's Motion to Dismiss was sent via First Class Mail to Robert A. Hicks, Attorney for Defendant Paul Toms at the following address:

Mr. Robert A. Hicks
Macey Swanson and Allman
445 N. Pennsylvania Ave., Suite 401
Indianapolis, IN 46204-1800

Keith Palmer

October 21, 2013