UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEITH W. PALMER, | ) | CAUSE NOS. |
| | ) | |
| Plaintiff | ) | 1:13-cv-0561-WTL |
| | ) | 1:13-mc-120-RLY |
| vs. | ) | |
| | ) | |
| CHARLIE BROWN et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Due to the temporary stay, intervening weekends and a holiday, Plaintiff's response deadline is November 12, 2013.

Tim A. Baker
U.S. Magistrate Judge
October 24, 2013

## REQUEST FOR CLARIFICATION REGARDING DEADLINE BY WHICH PLAINTIFF MUST RESPOND TO DEFENDANT PAUL TOMS'S MOTION TO DISMISS

Plaintiff Keith Palmer, having received and studied Motion To Dismiss Of Defendant Paul Toms, and having also received and studied Court's Orders Regarding Civil Cases in which the United States, it Agencies, Officers and Employees are Parties, respectfully requests clarification regarding the deadline by which Plaintiff must reply to Defendant Paul Toms's motion.

Respectfully submitted,

Keith Palmer

October 21, 2013